UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 16 2011
8-16-11
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STEVEN CURRY
    Plaintiff

vs.

MARCUS HARDY,
C/O. WEATHERSBY,
C/O. DOUGALAS,
Sgt. WELLS.,
    Defendant.

Case No.

11 C 5590
Judge Milton I. Shadur
Magistrate Judge Arlander Keys

COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. CODE. The Court has supplemental jurisdiction over state law Tort Claims under 28 U.S.C. 1331-1343 and 1367 which plaintiff today invokes.

## COMPLAINT

This is a civil rights action filed by Mr. STEVN CURRY., R09761 for monetary damages and injunctive releife under 42 U.S.C. alleging failure to protect, deliberate indifference to plaintiffs saftey and welfare and reckless disregard for plaintiffs saftey in violation of his constitutional rights under the eighth and fourteenth amendments of the United States Constitution.

I. Plaintiff:

A. Name: STEVEN CURRY

B. List all alliases: NONE

C. Prisoner identification number: R09761

D. Place of confinement: STATEVILLE CORRECTIONAL Ctr.

E. Address: P.O.BOX,112,Rt-53,Joliet,Il,60434

II. Defendants:

A. Defendant: MARCUS HARDY

   Title: WARDEN/CHEIF ADMINISTRATOR/IDOC

   Place of Employment: STATEVILLE CORRECTIONAL Ctr.

   Address: P.O.BOX,112,Rt-53,Joliet,Il,60434

B. Defendant: C/O DOUGLAS

   Title: CORRECTIONAL OFFICER/IDOC/STATEVILLE CORRECTIONAL Ctr

   Place of Employment: STATEVILLE CORECTIONAL Ct

   Address: P.O.BOX,112,Rt-53,Joliet,IL,60434

C. Defendant: C/O WEATHERSBY

   Title: CORRECTIONAL OFFICER/IDOC/STATEVILLE CORRECTIONAL Ctr

   Place of Employment: STATEVILLE CORRECTIONAL Ctr.

   Address: P.O.BOX,112,Rt-53,Joliet,Il,60434

D. Defendant: Sgt. WELLS

   Title: SERGENT/C/O/CORRECTIONAL OFFICER/IDOC/STATEVILLE CC

   Place of Employment: STATEVILLE CORRECTIONAL Ctr.

   Address: P.O.BOX,112,Rt-53,Joliet,Il,60434

(2)

III. List ALL Lawsuits you have filed in any state or federal court in the United States:

Plaintiff states;that he has filed no lawsuits in court of the United States,federal or state.

IV. Statement of Claim:

This is a civil action filed by MR.STEVEN CURRY,Plaintiff-Pro-Se for monetary dameges and injinctive releife under 42 U.S.C.alleging deliberate indifference to plaintiffs saftey and welfare reckless disregard for plaintiffs saftey for failure to act reasonably in responce to a known plan to harm plaintiff in violation of his rights under the eighth amendment of the United States Constitution and under the fourteenth ammendment of the United States Constitution equal protection and due process clause.

## COUNT I.

1). On Decmeber 10,2010,plaintiff was scheduled for a court appearance in the Cook County Criminal Court.As a segragation inmate this plaintiff was taken out of his cell to be striped searched.After the search the plaintiff was placed in restraints,handcuffs a chain around the waist conected to a black box to restrict plaintiff from any full rang of movement with his hand and arms.

(3)

2). Another segragation inmate(inmate Thomson) was also scheduled for a Cook County Court appearnce ,was strip-searched and shackeled from the waist down. After being secured,the plaitiff and Thompson was escorted to gate five (5) by Lt.Jacobs.

3). After being placed back in the custody of Defendant Officers-- Douglas and Weasthersby,Defendant Officer Weathersby stated to this plaintii,I heard that certain people were out to get you" This plain tiff responded,"I am not worried because that what your here for to protect me".Defendant Officer Weathersby responded by laughing and stating,"if something were to happen,I would get out of the way.

4). As if it was planned,inmate Thomson asked Defednat Officer Weath- ersby if he could use the washroom?Defendant Officer Weathersby,said that he had to wait until the sergent came.When the sergent finally came,Defendant Weathersby asked him if Thompson could use the wash- room,the sergent agreed.Thompson was then uncuffed and allowed to use the washroom.

5). When Thompson exited the washroom,he immediatly attacked this plaintiff while this plaintiff was in full restraints.During the assult this plaintiff tried to run without any success or assitance from Defendants Weathersby and Douglas.This plaintiff recieved a bloody nose,scratches to his face,a black eye and was kicked and stomped by inmate Thompson.This plaintiffs hand was also severly injured while trying to protect himself and block the blows of his assult.

(4)

6).The defendants had a duty to protect the plaintiff from violent assaults which they have failed to do, esspecially when officer knew that ppeple were out to get (harm) this plaintiff. And this plaintiff also told these defendant officers that he and inmate Thompson had just had a verbal altercation. Plaintiff states that both defendants C/O Weathersby and C/O Dougalas had actual knowledge of the risk to this plaintiffs safety as they stated that they heard someone or certain people were out to get plaintiff and if something were to happen they would simply get out of the way. Yet these defendant officer did exactly as they said they would do if this plaintiff was attacked. They got out of the way and allowed this plaintiff to be assaulted. These defendant officer have shown deliberate indifference and reckless disregard to this inmate plaintiffs saftey, welfare and health all in violation of his Constitutional rights under the eighth amendment.

7).Defendant warden Hardy has created a enviorment that encourages and fosters violence, inmate on inmate attacks. Using Warden Hardys policy, inmates in segragation status are allowed to be unhandcuffed absent a the supervision of a lieutenant which violates IDOC rules. It should also be noted that 434 reports were written but no disciplinary reports on the inmate on imate assault as the IDOC rules state esspecially do to the nature of the offense.

V. Relief:

Enter a permeanent judgement in plaintiffs favor for damages he has incurred as a result of defendants violating his constitutional rights pain and suffering to include monetary relief in the amount of $50.000 in compensatory judgement and $100.000 in punitive damages.

VI. THIS PLAINTIFF DEMANDS TRIAL BY JURY.

### CERTIFICATION

I, STEVEN CURRY, certfy that the facts stated in this complaint are true and correct to the best of my knowledge and belief. I understand that if this certifacation is not correct, I may be subject to sanctions by the Court.

Signed this 29 day of JULY 2011

_Steven Curry_
Signature of plaintiff.

_Steven Curry_
Print name.

_R05761_
(I.D. Number)

_P.O. BOX 1700_

_Galesburg IL 61401_

Address

(6)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEVEN CURRY )
    Plaintiff )
) Case No.
)
)
)
vs. )
)
)
)
MARCUS HARDY, )
C/OWEATHERSBY, )
C/ODOUGALAS, )
Sgt.WELLS
    Defendants.

## NOTICE OF FILING

To:Clerk of the U.S.District Court,219 S Dearborne St,CHGO,IL,60604

From:MR.STEVEN CURRY,R09761,P.O.BOX,112,Rt-53,Joliet,Il,60434.

Please take notice that on this___day July,2011,I Steven Curry Plaintiff/pro-se had cause to place in the mail at IDOC/STATEVILLE CORRECTIONAL Ctr Nine (9)copy's of his COMPLAINT under U.S.1983.Please send to copy'stamed filed and recieved back to plaintiff.

## CERTIFACATION

I,STEVEN CURRY certfy that all of the information contained herein is true and correct to the best of my knowledge and belief.I make this certifacation under the penalty of purjury.

Respectfully submitted

MR.STEVEN CURRY
Registar No.R09761
P.O.BOX,112,Rt-53,
Joliet,Il,60434.

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| | | |
|---|---|---|
| Date: 1-7-11 | Offender: (Please Print) Avin Curry | ID#: A09761 |
| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Excessive force

- [ ] Disciplinary Report: _1_/_7_/_11_  Pontiac
  Date of Report    Facility where issued
  12 / 10 / 10

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On December 10, 2010 I was scheduled for a court conference in Cook County as a recreation inmate. I was taken out of my assigned cell (E-128) and escorted to the shower to be strip-searched. After the search, I was restrained using handcuffs and the black box.

Another recreation inmate (Thompson) was also scheduled for a Cook County court appearance, was strip-searched as well. However, Thompson was not restrained...

**Relief Requested:** That all close mentioned staff members be disciplined accordingly.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Avin Curry      A09761    1-7-11
Offender's Signature   ID#    Date

*(Continue on reverse side if necessary)*

### Counselor's Response (if applicable)

Date Received: _1_/_10_/_11_
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: See 3 434's attached. No IDR's written on either inmate.

J. Hosse                              1/12/11
Print Counselor's Name   Counselor's Signature   Date of Response

### EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
MAR 3 1 2011
OFFICE OF INMATE ISSUES

_____     ___/___/___
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)
*Printed on Recycled Paper*

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

from the waist down. After being secured, we were escorted to 6 cells by Lt. Jacob.

After being placed in the custody of Officers Douglas and Weatherby, Weatherby stated to me that he heard rumors that certain people were out to "get me". I responded, "I'm not worried because that's what you are here for - to protect me". Weatherby responded by laughing, stating if something were to happen to me he would get out of the way.

As if it was planned, inmate Thompson asked Weatherby if he could use the washroom? Weatherby said that he had to wait until the sergeant came. When the sergeant finally came, Weatherby asked him if Thompson could use the washroom, the sergeant agreed.

Thompson was then uncuffed and allowed to use the washroom. When Thompson exited the washroom, he immediately attacked me while I was in full upper-restraints. During the assault, I tried to run without much luck. I received a bloody nose, gash to the forehead, where I received stitches to my face and was also hit in the eye by Thompson. My hand was severely injured trying to protect myself from the assault.



**Illinois
Department of
Corrections**

PAT QUINN
Governor

S.A. GODINEZ
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

May 24, 2011

Steven Curry
Register No. R09761
Stateville Correctional Center

Dear Mr. Curry:

This is in response to your grievance received on April 15, 2011, regarding Staff Conduct (staff allegedly allowed an offender to attack him on a court writ, 12/10/10), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance Officer's Report (0319) and subsequent recommendation dated April 7, 2011 and approval by the Chief Administrative Officer on April 11, 2011 have been reviewed.

Security staff had no way of knowing any issues existed between the two offenders at the time of the incident. Offender Curry received appropriate medical attention for his injuries.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied. Staff discipline is an administrative decision.

FOR THE BOARD: _____
Sarah Johnson
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
S.A. Godinez
Director
5/27/11

cc: Warden, Stateville Correctional Center
Steven Curry, Register No. R09761