**FILED**
AUG 16 2011
8-16-11
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** STEVEN CURRY

**Defendant(s):** MARCUS HARDY, et al.

**County of Residence:** KNOX

**County of Residence:**

**Plaintiff's Address:**
Steven Curry
R-09761
Hill - HIL
P.O. Box 1700
Galesburg, IL 61407

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, I 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

11 C 5590
Judge Milton I. Shadur
Magistrate Judge Arlander Keys

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes [ ] No

**Signature:** *A. E. Woodham*

**Date:** 08/16/2011