**FILED**
11/06/08
AUG 16 2011
8-16-11
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_Steven Curry_,
Plaintiff

v.
_Johnson, Weathersby,_
_Sgt. Wells and Warden Hardy_
Defendant(s)

Case 11 C 5590
Judge Milton I. Shadur
Judge Magistrate Judge Arlander Keys

**Instructions**: Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place an X in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

**Application**: I, _Steven Curry_, declare that I am the ☐ plaintiff ☐ petitioner ☐ movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?   ☒ Yes   ☐ No
   (If "No," go to Question 2)
   I.D. #: _N09761_   Name of prison or jail: _Stateville Corr. Center_
   Do you receive any payment from the institution?   ☐ Yes   ☐ No
   Monthly amount: _No_

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "yes," state your:
      Monthly salary or wages: _____
      Name and address of employer: _____

   b. If the answer is "no," state your:
      Beginning and ending dates of last employment: _____
      Last monthly salary or wages: _____
      Name and address of last employer: _____

3. Are you married? ☐ Yes ☒ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☒ No
   Spouse's *monthly* salary or wages: _____
   Name and address of spouse's employer: _____
   _____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark an X next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☐ Salary or ☐ wages ☐ Yes ☒ No
      Amount: _____ Received by: _____

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
      Amount: _____ Received by: _____

   c. ☐ Rental income, ☐ interest or ☐ dividends ☐ Yes ☒ No
      Amount: _____ Received by: _____

   d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support
      ☐ Yes ☒ No
      Amount: _____ Received by: _____

   e. ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
      Amount: _____ Received by: _____

   f. ☐ Unemployment, ☐ welfare or ☐ any other public assistance
      ☐ Yes ☒ No
      Amount: _____ Received by: _____

   g. ☐ Any other sources (describe source: _____ ) ☐ Yes ☒ No
      Amount: _____ Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No
   Total amount: _____
   In whose name held: _____ Relationship to you: _____

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
   Property: _____ Current value: _____
   In whose name held: _____ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc.   ☐Yes   ☒No
   Type of property and address: _____
   Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
   In whose name held: _____ Relationship to you: _____
   Amount of monthly mortgage or loan payments: _____
   Name of person making payments: _____

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000?   ☐Yes   ☒No
   Year, make and model: _____
   Current value: _____ Equity: _____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
   Amount of monthly loan payments: _____
   In whose name held: _____ Relationship to you: _____
   Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐Yes   ☒No
   Property: _____
   Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
   Amount of monthly loan payments: _____
   In whose name held: _____ Relationship to you: _____
   Name of person making payments: _____

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☒ None.
    _____
    _____

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☒ None.
    _____
    _____

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __6/15/11__  _____Steven Curry_____
  Signature of Applicant

_____Steven Curry_____
(Print Name)

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __Curry__, I.D.# __R09761__, has the sum of $ __15.18__ on account to his/her credit at (name of institution) __Stateville CC__. I further certify that the applicant has the following securities to his/her credit: __∅__. I further certify that during the past six months the applicant's average monthly deposit was $ __60.83__. (Add all deposits from all sources and then divide by number of months).

__6-16-11__    _____[signature]_____
Date    Signature of Authorized Officer

_____D. Crisler   Accountant_____
(Print Name)

Date : 6/16/2011  
Time : 14:18:03  
CHAMP

**Stateville Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement  
12/1/2010 to 6/16/2011

Page 1 of 1

**Inmate:** R09761 Curry, Steven        **Housing Unit:** STA-F -02-03

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 99.81 |
| 12/06/10 | Point of Sale | 60 Commissary | 3407137 | 635431 | Commissary | -25.40 | 74.41 |
| 12/14/10 | Mail Room | 04 Intake and Transfers In | 3482153 | 106902 | Hill C.C. | 50.00 | 124.41 |
| 12/16/10 | Disbursements | 88 DONATION | 3503147 | Chk #153962 | DRM9224, RBC Ministries, Inv. Date: 12/16/2010 | -35.00 | 89.41 |
| 12/16/10 | Disbursements | 80 Postage | 3503148 | Chk #153993 | DRM8916, DOC: 523 Fund Inmate, Inv. Date: 12/08/2010 | -.44 | 88.97 |
| 12/19/10 | Point of Sale | 60 Commissary | 3537142 | 637341 | Commissary | -17.60 | 71.37 |
| 01/03/11 | Point of Sale | 60 Commissary | 0037197 | 638886 | Commissary | -23.56 | 47.81 |
| 01/07/11 | Mail Room | 01 MO/Checks (Not Held) | 007291 | 17622027742 | McKenzie, Leon | 50.00 | 97.81 |
| 01/19/11 | Point of Sale | 60 Commissary | 0197197 | 640461 | Commissary | -22.05 | 75.76 |
| 01/21/11 | Disbursements | 80 Postage | 0213148 | Chk #154444 | DRM10268, DOC: 523 Fund Inmate, Inv. Date: 01/10/2011 | -1.56 | 74.20 |
| 01/21/11 | Mail Room | 01 MO/Checks (Not Held) | 021291 | 1914805 | Curry, Christopher | 25.00 | 99.20 |
| 01/21/11 | Mail Room | 01 MO/Checks (Not Held) | 021291 | 9015809959 | Northwestern Proj | 15.00 | 114.20 |
| 01/28/11 | Mail Room | 01 MO/Checks (Not Held) | 028276 | 17622032062 | McKenzie, Rosetta | 50.00 | 164.20 |
| 02/09/11 | Point of Sale | 60 Commissary | 0407197 | 642366 | Commissary | -23.29 | 140.91 |
| 03/02/11 | Disbursements | 84 Library | 0613148 | Chk #155011 | DRM11620, DOC: 523 Fund Librar, Inv. Date: 02/22/2011 | -4.50 | 136.41 |
| 03/07/11 | Mail Room | 04 Intake and Transfers In | 0662147 | 107666 | Hill C.C. | 50.00 | 186.41 |
| 03/09/11 | Payroll | 20 Payroll Adjustment | 0681148 | | P/R month of 02/2011 | 2.04 | 188.45 |
| 03/15/11 | Mail Room | 01 MO/Checks (Not Held) | 0742153 | 22695 | Dunn VS Chicago, Settlement | 82.84 | 271.29 |
| 03/18/11 | Point of Sale | 60 Commissary | 0777202 | 644779 | Commissary | -177.12 | 94.17 |
| 04/08/11 | Payroll | 20 Payroll Adjustment | 0981148 | | P/R month of 03/2011 | 6.12 | 100.29 |
| 04/13/11 | Mail Room | 04 Intake and Transfers In | 1032153 | 108289 | Hill C.C. | 50.00 | 150.29 |
| 04/20/11 | Point of Sale | 60 Commissary | 1107197 | 647361 | Commissary | -72.67 | 77.62 |
| 05/09/11 | Payroll | 20 Payroll Adjustment | 1291196 | | P/R month of 04/2011 | 9.32 | 86.94 |
| 05/16/11 | Point of Sale | 60 Commissary | 1367197 | 649593 | Commissary | -51.56 | 35.38 |
| 05/26/11 | Point of Sale | 60 Commissary | 146783 | 651338 | Commissary | -32.08 | 3.30 |
| 06/03/11 | Mail Room | 01 MO/Checks (Not Held) | 1542143 | 9015812624 | Mouisu, Peni | 15.00 | 18.30 |
| 06/07/11 | Payroll | 20 Payroll Adjustment | 1581148 | | P/R month of 05/2011 | 9.66 | 27.96 |
| 06/09/11 | Point of Sale | 60 Commissary | 1607187 | 653159 | Commissary | -12.78 | 15.18 |

| | |
|---|---|
| **Total Inmate Funds:** | 15.18 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 15.18 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

= $364.98  
= $60.83