**FILED**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

AUG 16 2011
8-16-11

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Plaintiff(s) Steven Curry

-v-

Defendant(s) C/o Douglas, C/o Walinsky, Sgt Wells, Marcus Hardy, Warden/Chief Administrator/IDOC

Case No. 11 C 5590
Judge Milton I. Shadur
Magistrate Judge Arlander Keys

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Steven Curry, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have made several request for attorneys to represent me, see attached letters

3. In further support of my motion, I declare that (check appropriate box):

    ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

    ☒ I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

    ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

    ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

Steven Curry
Movant's Signature

P.O. Box 1700
Street Address

Date: 8-7-11

Galesburg, IL 61401
City/State/Zip

As indicated in paragraph three on the front of this form, I am currently or previously represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60642
(773) 235-0070
Fax (773) 235-6699

PeoplesLaw@aol.com

Michael E. Deutsch
Ben H. Elson
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.
Erica L. Thompson

*Of Counsel*
Jeffrey H. Haas

February 11, 2011

Thank you for writing to the People's Law Office. We carefully reviewed your letter requesting legal assistance. Unfortunately we are a small law office with limited resources. While we believe that you may have legitimate legal issues to litigate in court we sincerely regret that we are not in a position to assist you in your legal struggle. We suggest you contact law school legal clinics or large firms that do pro bono work. Many large firms do pro bono work to give their attorneys criminal and civil litigation experience.

Sincerely,

G. Flint Taylor Jr.

GFTjr/ar

# UPTOWN PEOPLE'S LAW CENTER
4413 NORTH SHERIDAN • CHICAGO, IL 60640
773.769.1411     FAX: 773.769.2224

February 11, 2011

## PRIVILEGED ATTORNEY-CLIENT COMMUNICATION

Mr Steven Curry
R09761
Stateville Correctional Center
16830 So. Broadway St.
P.O. Box 112
Joliet, Illinois 60434

Re: **Request for Assistance**

Dear Mr. Steven

We received your letter asking for help with your civil rights case, criminal case or other matter relating to your situation in prison. Unfortunately, we are not in a position to assist you. We are a very small legal clinic. While we represent many prisoners, we get hundreds of letters asking for help, but unfortunately we can only help a very few people. For your information, we do not practice criminal law--including appeals, habeas, post convictions, etc.

Please be assured that our inability to help you does not mean that you do not have a good claim. We are forced to turn down many claims which are both morally compelling and have a sound legal basis. We simply do not have the resources to help everyone who needs help. We are truly sorry that we will not be able to take on your case, but we simply do not have the time needed to properly represent you, and we do not want to commit to you that we would do something which we can not, in reality, do.

If your question is about a case you want to bring challenging the way you are being treated in prison, be sure that you exhaust all administrative remedies. With very few exceptions, federal law now requires that you complete the grievance process all the way through the ARB in Springfield. If you do not do so, or if you miss any deadlines, then you risk of forever losing the right to bring a case.

We are returning any documents you sent us. ***We have not kept copies.***

We wish you the best of luck.

Sincerely,

**Uptown People's Law Center**

The Law Firm of
# Tamara N Holder LLC
19 South LaSalle Street • Suite 1500
Chicago • Illinois 60603
Tel (312) 981.1414 • Fax (312) 332.4629

February 11, 2011

Mr. Steven Curry
#R09761
P.O. Box 112
Joliet, IL 60434

**RE: *Request for Legal Assistance***

Dear Mr. Curry

I am in receipt of your letter and copy of a Civil Rights complaint you intend to file. Thank you for contacting our firm. Unfortunately, Tamara Holder cannot provide *pro bono* assistance to you.

I recommend that you contact Flint Taylor at the People's Law Office (located at 1180 N. Milwaukee Avenue, Chicago, IL 60642 – telephone: 773-235-0700) to find out if he can assist you, or provide you with more information.

I hope this information was helpful, and I wish you the best of luck.

Sincerely,

Rachael Temes