11 C 5590
Judge Milton I. Shadur
Magistrate Judge Arlander Keys

8-7-11

To whoever it may concern i wanna make aware that my incident (assault) happen, at Statville but since then I've been transferred at Hill C.C. Thank you! Fanen Curry
#R05741
P.O. Box 1700
Galesburg IL, 61401

FILED
AUG 16 2011
8-16-11
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT