To: Clerk office!

9-1-11

FILED
SEP 07 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

My name is Steven Curry #R05761 I am currently at Hill Correctional Center, i have a case residing in front of the Honorable Judge Milton I. Shadur my case number is 11 C 5590 i was recently sent a "memorandum order" asking that i show a update of my trust fund transactions showing from "Fesurary 2011 into July 29 2011" with this letter i am sending the courts a "copy" of my trust fund transactions dateing from Fesurary 2011 intill July 29 2011

### Certificate of Service

I Steven Curry, Swear under penalty of perjury that i served a copy of the attached document on the courts, and lisa madigan, Attorney General -100 West Randolph Street- Chicago, illinois 60601, by placeing it in the mail at Hill Correctional Center on September 1 2011

# Hill Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 02/01/2011 thru 07/29/2011;   Inmate: R09761;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R09761 Curry, Steven**          **Housing Unit: HIL-R4-A -69**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | 50.00 |
| 02/18/11 | Disbursements | 99 Transfer Inmate | 049363 | Chk #107653 | Stateville CC, | Inv. Date: 02/18/2011 | -50.00 | .00 |
| 02/18/11 | AP Correction | 99 Transfer Inmate | 049563 | Chk #107653 Voided | Stateville CC | | 50.00 | 50.00 |
| 02/18/11 | Disbursements | 99 Transfer Inmate | 049363 | Chk #107666 | Stateville CC, | Inv. Date: 02/18/2011 | -50.00 | .00 |
| 04/04/11 | Mail Room | 10 Western Union - Not Held | 094200 | 9934194255 | MCKENZIE, LEON | | 50.00 | 50.00 |
| 04/04/11 | Disbursements | 99 Transfer Inmate | 094363 | Chk #108289 | Stateville CC, | Inv. Date: 04/04/2011 | -50.00 | .00 |
| 06/05/11 | Mail Room | 10 Western Union - Not Held | 156200 | 2365283960 | MCKENZIE, LEON | | 50.00 | 50.00 |
| 06/21/11 | Mail Room | 10 Western Union - Not Held | 172200 | 1814135919 | MCKENZIE, LEON | | 50.00 | 100.00 |
| 06/28/11 | Disbursements | 99 Transfer Inmate | 179363 | Chk #109606 | Stateville CC, | Inv. Date: 06/28/2011 | -100.00 | .00 |
| 07/29/11 | Mail Room | 10 Western Union - Not Held | 210200 | 3049227671 | MCKENZIE SR, LEON | | 50.00 | 50.00 |

| | |
|---|---|
| Total Inmate Funds: | 881.20 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.00 |
| Funds Available: | 877.20 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/24/2011 | Stateville | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 08/24/2011 | Stateville | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| | | | | **Total Restrictions:** | **$4.00** |

*John E Smith, Accountant*
*Hill Correctional Center*

IN THE

_____

Steven Curry
Plaintiff/Petitioner )
)
Vs. Marcus Hardy )
C/o Weathersby C/o Douglas, ) No. 11 C 5590
Sgt. Wells )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: Prisoner Correspondence    TO:
Clerk's Office
U.S. District Court
219 S Dearborn Street
Chicago IL 60604

PLEASE TAKE NOTICE that on September 1, 20 11, I placed the attached or enclosed documents in the institutional mail at Hill Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

DATED: 9-1-11

/s/ Steven Curry
Name: Steven Curry
IDOC#: R05941
Address: P.O. Box 1700
Galesburg IL 61401

Subscribed and sworn to before me this 1 day of Sept 20 11.

_____
Notary Public

OFFICIAL SEAL
TRINA S. PEED
Notary Public - State of Illinois
My Commission Expires Feb 25, 2013