# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5590 | **DATE** | 9/9/2011 |
| **CASE TITLE** | Steven Curry vs. Marcus Hardy, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Plaintiff's application to proceed in forma pauperis is granted. (3-1) Plaintiff is assessed an initial partial payment of $12.50 and the Hill Correctional Center trust fund officer is ordered to collect that amount and pay it directly to the Court. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Plaintiff's motion for counsel is granted. (4-1) This Court hereby appoints Matthew John Huster, Pavalon Gifford and Laatsch, 2 North LaSalle St. Chicago, IL 60602 to represent Plaintiff.

■ [ For further detail see separate order(s).]                                            Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|