```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

STEVEN CURRY #R-09761,           )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     No.  11 C 5590
                                 )
MARCUS HARDY, et al.,            )
                                 )
          Defendants.            )

## MEMORANDUM ORDER

On August 18, 2011 this Court issued its brief memorandum order ("Order") reflecting that (1) it would grant the motion by inmate plaintiff Steven Curry ("Curry") for appointment of pro bono publico counsel to represent him once he furnished the required information as to his in forma pauperis status but (2) if the supplemental information required for that determination were not received by September 7, Curry's In Forma Pauperis Application ("Application")--and thus the ability to pay the $350 filing fee in future installments--would have to be denied, with the filing fee required to be paid up front instead. Because the supplemental information did arrive on September 7, it has now been possible for this Court to make the determination called for by 28 U.S.C. §1915 ("Section 1915").

From the combined trust fund account statements, it appears that the average monthly deposits to Curry's account during the relevant six-month period (Section 1915(b)(1)(A)) came to $62.50, so that the required initial partial filing fee--20% of that

amount (id.)--is $12.50. Accordingly the Application is granted to the extent that Curry need not pay the full $350 filing fee in advance, although he must pay the entire fee in current and future installments.

Curry is therefore assessed that initial partial payment of $12.50, and the Hill Correctional Center ("Hill") trust fund officer is ordered to collect that amount from Curry's trust fund account and to pay it directly to the Clerk of Court ("Clerk"):

>   Office of the Clerk
>   United States District Court
>   219 South Dearborn Street
>   Chicago IL 60604

>   Attention:  Fiscal Department

Both that initial payment and all future payments called for in this memorandum order shall clearly identify Curry's name and the 11 C 5590 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this memorandum order to the Hill trust fund officer.

After such initial payment, the trust fund officer at Hill (or at any other correctional facility where Curry may hereafter be confined) is authorized to collect monthly payments from Curry's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid.

Next, as promised in the Order, this Court has obtained the name of this member of the District Court's trial bar to represent Curry pro bono publico:

>   Matthew John Huster, Esq.
>   Pavalon Gifford & Laatsch
>   2 North Lasalle Street
>   Suite 1600
>   Chicago IL 60602

Appointed counsel is ordered to make arrangements for the service of process on Warden Hardy. Finally, as always, an initial scheduling order is being entered contemporaneously with this memorandum order.

                                   _____
                                   Milton I. Shadur
                                   Senior United States District Judge

Date:  September 9, 2011