# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5590 | **DATE** | 9/16/2011 |
| **CASE TITLE** | Curry vs. Hardy | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for leave to withdraw as appointed counsel is granted. (12-1) Matthew Huster is granted leave to withdraw. This Court hereby appoints Michael R. La Porte, Flachsbart & Greenspoon, LLC, 333 N. Michigan Ave., 27th Floor, Chicago, IL 60601 to represent Plaintiff.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|