IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 11 C 5590 |
| | ) |
| BRIAN WEATHERSBY, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM ORDER

Pretrial conference has been held on March 27, 2013. Parties' jointly submitted final pretrial order ("FPTO") has been approved, except that plaintiff's counsel has orally withdrawn his objection in Schedule (d) to defendant's designation of Wendy Olson as a witness, and the case has been added to the trial call. On or before April 10, 2013 counsel for the parties are ordered to transmit letters to this Court, with copies to opposing counsel:

    1. identifying their respective unavailabilities for trial during May, June and August, 2013 and

    2. confirming whether the trial will be conducted as a jury trial (in which event its duration will likely be approximately three days) or a bench trial.

This Court will then set the case for trial, and if there is to be a jury trial the following items will be due seven days before the date set for trial:

    1. proposed voir dire questions; and

      2.  proposed jury instructions.

Trial briefs are waived in all events.

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 27, 2013